NUMBER 13-04-161-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

MELISSA ANN TAMEZ,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 197th District Court 
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, MELISSA ANN TAMEZ, perfected an appeal from a judgment entered
by the 197th District Court of Cameron County, Texas, in cause number 03-CR-1429-C. Appellant has filed a motion to dismiss the appeal. The motion complies with 
Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this
the 14th day of April, 2005.